1  George Haines, Esq.
2  Nevada Bar No.: 9411
3  Gerardo Avalos, Esq.
   Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
5  8985 S. Eastern Ave., Suite 100
   Las Vegas, Nevada 89123
6  (702) 880-5554
7  (702) 385-5518 (fax)
8  info@freedomlegalteam.com
9  *Attorneys for Mia Hoekstra*

10
11                **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
12

13  Mia Hoekstra,                              Case No.: 2:23-cv-00182-APG-VCF

14
                    Plaintiff,                 **[FIRST] Status Report Re:**
15                                             **Settlement Between Mia Hoekstra**
          v.                                   **and Trans Union, LLC**
16

17  Trans Union, LLC; and Nelnet Student
    Loan Funding Management
18  Corporation,
19
20                  Defendants.

21
22
23
24
25
26
27

_____

STIPULATION                    - 1 -

1  The dispute between Plaintiff Mia Hoekstra ("Plaintiff") and Defendant Trans Union, LLC ("Defendant") has been resolved.

2  On June 12, 2023 Plaintiff filed a Notice of Settlement.

3  The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

4  Plaintiff requests that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or after **September 10, 2023**, to file dismissal documents.

Dated: August 11, 2023.

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Mia Hoekstra*

**SKANE MILLS LLP**

/s/ Sarai L. Thornton
Elizabeth A. Skane, Esq.
Sarai L. Thornton, Esq.
Skane Mills LLP
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
*Counsel for Trans Union, LLC*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  8-11-2023