1  Elizabeth A. Skane, Esq. (Bar No.7181)
   eskane@skanemills.com
2  Sarai L. Thornton, Esq.  (Bar No. 11067)
   sthornton@skanemills.com
3  SKANE MILLS LLP
   1120 Town Center Drive, Suite 200
4  Las Vegas, Nevada  89144
   (702) 363-2535 / Fax (702) 363-2534
5

6  Attorneys for Defendant, Trans Union LLC

7              IN THE UNITED STATES DISTRICT COURT

8               FOR THE DISTRICT OF NEVADA

9

10 MIA HOEKSTRA,                          Case No. 2:23-cv-00182-APG-VCF

11              Plaintiff,

12 v.                                     DEFENDANT TRANS UNION LLC'S
                                          STIPULATION FOR SUBSTITUTION
13 TRANS UNION LLC and NELNET             OF COUNSEL
   STUDENT FUNDING MANAGEMENT
14 CORPORATION,

15              Defendants.

16

17      COMES NOW, Defendant Trans Union LLC ("Trans Union"), and hereby requests an

18 order permitting Sarai L. Thornton, Esq. of the law firm Skane Mills LLP to be substituted as

19 counsel in the place of Kurt R. Bonds, Esq.  By signature below, Trans Union agrees to the

20 substitution of Sarai L. Thornton, Esq. as counsel for Trans Union.

21      All filings, correspondence, and notices should be sent to the attention of Trans Union's

22 counsel, whose contact information is as follows:

23      Sarai L. Thornton, Esq.
        Skane Mills LLP
24      1120 Town Center Drive, Suite 200
        Las Vegas, Nevada 89144
25      (702) 363-2535
        (702) 363-2534 Fax
26      sthornton@skanemills.com

27

28 ///

6451102.1                                                                              1

The currently known address and contact information of Defendant is as follows:

> Trans Union, LLC
> 555 West Adams Street
> Chicago, Illinois 60661
> (312) 466-7356

The basis for this Stipulation is that Trans Union's current counsel is leaving Alverson, Taylor & Sanders and Trans Union wishes to retain different counsel. There will be no delay or prejudice suffered by any party as a result of this substitution.

WHEREFORE, Defendant Trans Union LLC respectfully requests that this Honorable Court grant the substitution of attorney Sarai L. Thornton, Esq. of the law firm Skane Mills LLP.

SKANE MILLS LLP                              ALVERSON TAYLOR & SANDERS

 /s/ Sarai L. Thornton                        /s/ Kurt R. Bonds
_____        _____
Sarai L. Thornton, Esq. (Bar No. 11067)      Kurt R. Bonds, Esq. (Bar No. 6228)
sthornton@skanemills.com                     efile@alversontaylor.com
1120 Town Center Drive, Suite 200            6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89144                      Las Vegas, Nevada 89149
T: (702) 363-2535                            T: (702) 384-7000
Attorneys for, Trans Union LLC               Attorneys for, Trans Union LLC


TRANS UNION LLC

/s/ Laura K. Rang
_____
LAURA K. RANG
*Senior Counsel for Trans Union LLC*


**IT IS SO ORDERED.**

_____

**HONORABLE CAM FERENBACH**
UNITED STATE MAGISTRATE JUDGE


Dated this 15th day of August 2023.

6451102.1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2023, I sent via e-mail a true and correct copy of the above and foregoing **DEFENDANT TRANS UNION LLC'S STIPULATION FOR SUBSTITUTION OF COUNSEL**, through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

*/s/ Yesenia Lopez-Lutes*

_____

An employee of SKANE MILLS LLP

## SERVICE LIST

| | |
|---|---|
| George Haines<br>Ghaines@freedomlegalteam.com<br>Gerardo Avalos<br>gavalos@freedomlegalteam.com<br>Freedom Law Firm<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123<br><br>T: (702) 880-5554 / F: (702) 385-5518 | *Attorneys for, Plaintiff* |

6451102.1