George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Mia Hoekstra*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mia Hoekstra, | Case No.: 2:23-cv-00182-APG-VCF |
| Plaintiff, | **Stipulation for dismissal of Trans Union, LLC with prejudice.** |
| v. | |
| Trans Union, LLC; and Nelnet Student Loan Funding Management Corporation, | |
| Defendant(s). | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mia Hoekstra and Trans Union, LLC stipulate to dismiss Plaintiff's claims against Trans Union, LLC with prejudice.

///
///
///
///
///

STIPULATION                             - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 16, 2023.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Mia Hoekstra*

**SKANE MILLS LLP**

/s/ Elizabeth Spaur
Elizabeth Spaur, Esq.
Sarai L. Thornton, Esq.
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
*Counsel for Trans Union, LLC*

IT IS SO ORDERED:

UNITES STATES DISTRICT JUDGE

DATED: October 17, 2023

STIPULATION                                   - 2 -